| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **JS-6** |

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 20-7206-JFW(MAAx)** | Date:  September 8, 2020 |

Title:    Danny Samuel -v- PHH Mortgage Corporation, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION WITHOUT PREJUDICE

   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of August 14, 2020, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for September 21, 2020, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.